Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central District of California

_____Eastern_____ Division



FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Tara A Redding

ED CV 24

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

County of San Bernardino,
County of San Bernardino Board of Supervisors

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 00733 - HDV (SHKx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tara A Redding |
| Street Address | PO Box 368 |
| City and County | Barstow, SAN BERNARDINO |
| State and Zip Code | CA 92312 |
| Telephone Number | 760-694-7818 |
| E-mail Address | mmofamily@hotmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | San Bernardino County |
| Job or Title *(if known)* | Presiding Judge |
| Street Address | 247 W Third St |
| City and County | San Bernardino / SAN BERNARDINO |
| State and Zip Code | CA 92415 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | San Bernardino County |
| Job or Title *(if known)* | Board Of Supervisors |
| Street Address | 385 N Arrowhead Ave |
| City and County | San Bernardino / SAN BERNARDINO |
| State and Zip Code | CA 92415 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
      The plaintiff, *(name)*  Tara A Redding                    , is a citizen of the State of *(name)*  CALIFORNIA                    .

   b.    If the plaintiff is a corporation
      The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    , and has its principal place of business in the State of *(name)*                    .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
      The defendant, *(name)*                    , is a citizen of the State of *(name)*                    . Or is a citizen of *(foreign nation)*                    .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* BOARD OF SUPERVISORS , is incorporated under the laws of the State of *(name)* CALIFORNIA , and has its principal place of business in the State of *(name)* CALIFORNIA .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* SAN BERNARDINO COUNTY .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE CORRUPT DECISIONS MADE CAUSING WRONGFUL DEATH, GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

REFUSED TO SUPERVISE THE LITIGATIONS AT THE SUPERIOR COURT AND ALLOWED JUDGES TO MAKE HARMFUL DECISIONS DURING COVID-19 THAT HAD LASTING IMPACTS ON THE PLAINTIFF FOR LIFE.

REFUSED TO SUPERVISE THE JUDGES DECISIONS AT THE SUPERIOR COURT AND HELP KEEP CORRUPTION AT A MINIUMUM DURING COVID-19 THAT HAD LASTING IMPACTS ON THE PLAINTIFF FOR LIFE.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFF IS ASKING A JURY TO HEAR THE CASE AS A WHOLE AND DETERMINE THE DAMAGES ENTITLED FOR GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            04/02/2024

Signature of Plaintiff
Printed Name of Plaintiff    TARA A REDDING

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Tara A Redding
PO Box 368
Barstow, Ca 92312
Phone 760-694-7818 | Fax 442-347-1791
mmofamily@hotmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TARA A REDDING,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO,<br><br>COUNTY OF SAN BERNARDINO BOARD OF SUPERVISORS<br><br>            Defendant | Case No.:<br><br>GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM |

As COVID-19 Pandemic began intrusion on individuals in the County of San Bernardino, in 2020, there were no updates, emergency training, resources, outlining a clear objective for the surge in dissolutions of marriage filed, homelessness, loss of employment, separation from property, childcare, etc. to keep decision making processes the same across the board, allowing the community to be kept safe and decisions to be made after the pressing threats were eliminated. The Pandemic allowed for the corruption in San Bernardino County employees to flourish. The Board of Supervisors did not track court cases, nor advise others on how to handle the number of new cases being filed, nor set

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 1

temporary orders allowing individuals safety, boarding for pets, guidelines for receiving temporary help to navigate a divorce during a state of emergency, legal aid, and a clear concise path of help until more permanent orders could be made after Covid. The County of San Bernardino did not offer updated training for Judicial Employees, nor Officers. There were no classes to average the types of cases being filed, who needed more help than others, and keep families together, while continuing the goal of serving the public. There were no provisions made to help tackle the abundance of new filings. There were no mental health services available to the public to help cut back on abuse of power from Judicial Officers, and hold the Judicial System accountable.

More than ever, the people, taxpayers, are asking that more and more be held accountable and immunity to be swept under the rug for the employees that do not follow the law, and make decisions that are not part of employment duties. When a judicial officer abuses their employment title, immediate consequences should follow. Judicial Immunity is NOT to keep prosecution at bay for individuals that abuse their power.

As the individuals change, cases are not representing the typical case, with the percentage of individuals having pets as their "children/fur babies." There are many laws in place that cover abuse and neglect towards an animal. Some

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 2

judicial employees may not agree with some not having human children, but personal opinions are to be left out of the process of judicial orders. During the Pandemic, there were zero resources in place for pets to be boarded. One could surrender their pet to a local animal shelter, but nothing in place to keep them together with reunification after the pandemic or educated permanent orders. Furthermore, as laws have changed and pets received specific rights concerning how to deal with the lives of pets, the County has not updated nor trained Judicial employees of what is to be expected when making orders concerning pets/animals. San Bernardino County does not follow-up, nor periodically audit cases to ensure laws are followed with zero corruption. Even after receiving over 500 pages describing the abuse and discriminatory behaviors, no action was taken to save Ms. Redding's pets. The County of San Bernardino rely on the fact that many without lawyers will not be aware of the corruption and protections the Constitution has afforded them. With an attorney, the Judicial Officer may stop certain behaviors, however, attorneys are fearful of questioning a judicial officer because of the fear of that particular judicial officer destroying the attorney's career for the rest of their lives. San Bernardino County Judicial System has become a popularity contest and no better than second grade bullies that spread rumors.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF
POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 3

The County of San Bernardino and The Board of Supervisors have created a web of departments that lead the public in circles. The departments do not pass the information along to provide resources to individuals that need desperate help. There are no resources that allow for behaviors to be reported and investigated concerning higher level employees, nor employees that are borrowed from the State of California. Essentially, the departments are in place to hide the behaviors of other County employees. County employees they may not even know personally. A web of confusion intentionally meant to tire out the reporting individual. A risk management department that refuses to file your complaint. Risk management employees claim that due to the abuse from judicial employees not being held accountable earlier, the abuse can continue.

Believing that employees are not trustworthy and do not need any unbiased supervision is ridiculous and absurd. The Board of Supervisors have failed to protect the taxpayers, the individuals that pay the wages for the need of public servants, when in reality, the money is being used to screw the public over. The public pays to be abused. The Judicial System is concerned with litigants practicing their Constitutional Right by recording their own hearing. The fear the Judicial Employees have of being recorded is warranted. If the recordings got into the hands of journalists, the crimes they are committing would be exposed.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 4

Controlling the public's Constitutional Right to record by making an "order" to try and keep the percentage for discovery of corruption low is ridiculous. There would be no need to record if the behaviors were not going on, but they are. The public would never pass a law taking our rights away. An "order" is the County limiting our rights and proving exactly why we need to record.

The County of San Bernardino boasts with fliers in all court buildings, that you may get help from the Presiding Judge if you encountered discrimination, favoritism, prejudicial behaviors, among others, by beginning correspondence with the elected individual. The elected individual claims they cannot do anything and provides the Commission on Judicial Performance information. The Commission did not want to be involved. None of these departments have a spreadsheet available for the public to view how much money in contributions each department made to the other departments/agencies that are in place to investigate complaints. The County of San Bernardino are enforcing no recording in a public courthouse that hears public matters instead of hearing what has been recorded. There must be recordings of all cases and interactions of judicial employees to keep the court proceedings honest. The employees should have zero access to video/audio recordings to prevent falsification.

The State of California boasts transparency. They are deceitful.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 5

The Judicial System in San Bernardino County is the epitome and a gross example of systemic failure by allowing employees to work without any Supervisory positions. The Judicial employees are running the entire court cases without honesty or fear of consequences for their corrupt behavior. There is not one person that would stand up and admit behaviors due to their own corrupt behaviors being discovered. "You scratch my back, I'll scratch yours" proving to be the motto.

San Bernardino County and The Board of Supervisors are aware of the court reporter, Eva Arambula, falsifying legal record. The one thing a court reporter must do is keep the oral transcriptions honest of legal proceedings. The different department and agencies say "If it is not in the transcripts, it didn't happen." The truth is that the recording can be compared to the transcripts and the discrepancy will be proven. Eva Arambula, is a disgrace to court reporters, her peers, and the public. Eva Arambula, makes threats and verbally accosts many litigants. The job of a court reporter is to transcribe. If her mouth is moving, she is not doing her employment duties. Every courtroom must be controlled and behaviors documented. This never-ending cycle is known by Judicial employees, thus creating more damaging orders, individuals Constitutional Rights being taken away, civil rights being infringed upon, and nowhere to turn.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 6

Effectively, the County has built a maze to hide corruption.

## **INTRODUCTION**

Mr. Hugh E Oram, a county employee with Land Use Services, retired Riverside County Deputy, former Marine, filed for divorce. Ms. Tara A Redding, also a county employee with Arrowhead Regional Medical Center, former Regional Parks employee at Calico Ghost Town. Mr. Oram and Ms. Redding were living together between two homes. One in Redlands and the other in Barstow in 2015, August. The couple decided to move to one home in Redlands. Ms. Redding packed up her entire life and Mr. Oram moved it to Redlands. Mr. Oram had nothing. Very little property. Ms. Redding had an entire home, with four cats and three dogs. Mr. Oram's dog almost killed Ms. Redding's dog, twice. Mr. Oram found a home for his dog. Ms. Redding is disabled and suffers from Multiple Sclerosis. Ms. Redding's disability was upgraded and was more advanced than she was aware. The abuse Ms. Redding suffered from Mr. Oram was beginning to take its toll. The emotional, physical, psychological, and emotional abuse was an embarrassment that Ms. Redding did not want to admit and was hopeful that Mr. Oram could beat his alcoholism. Ms. Redding was ashamed. Ms. Redding was not aware of the extent of the lies and deceit carefully constructed by Mr. Oram. The abuse and lies were only going to get worse. Mr. Oram was not finished making

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 7

Ms. Redding's life miserable. Mr. Oram wanted a divorce. Mr. Oram wanted Ms. Redding to suffer. The extent of the lies were going to be uncovered with no end in sight.

Mr. Oram filed for divorce. Mr. Oram began hiding Ms. Redding's separate property, destroying, and disposing of Ms. Redding's property that used to belong to her deceased mother, property that was her children's first haircuts dumped out, one-of-a-kind items Ms. Redding painted 20 years ago before her disability, intentionally shattered. Mr. Oram falsified and forged documents. Behaviors that Ms. Redding was confident that the court would see. The very first court hearing was August 11, 2020. Shannon Suber ordered Ms. Redding to be homeless. Mr. Oram's goal was to force Ms. Redding to kill herself to minimize the buyout from the divorce.

Timeline –

Commissioner Suber has gaslighted and manipulated this case by getting personally involved. She has a relationship with Mr. Hugh Oram and regardless of the crimes he commits against Ms. Tara Redding, her behavior and rulings protect him and allows for Mr. Hugh Oram to continue his abusive, deceitful, sociopathic conduct. Mr. Oram has displayed numerous times that he will not follow any court orders, proceedings, be honest while under oath, and due

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 8

to Commissioner Suber being his accomplice, he continues to file forged and

fraudulent documents further displaying how dangerous he is and how easy he can

get away with following through with his blatant threats to kill Ms. Redding.

Timeline of Commissioner Suber's discriminatory and prejudicial

behavior towards Ms. Redding:

August 2020 – Suber tries to force Ms. Redding out of the community

property home when her "order" was out of her jurisdiction.

October 2020 – Suber is handed documents in court by Mr. Michael

Young attorney for Mr. Hugh Oram. These documents were forged and fraudulent

and never served on Ms. Redding nor her attorney. When pointed out to Suber, she

dismissed the Respondent and Ms. Redding began recording after taking a picture

of the documents in Mr. Young's hand. The documents were an unemployment

printout that had been manipulated and social security documents that were

manipulated after Mr. Young and Hugh Oram stole Ms. Redding's identity. Suber

made an order based off these fraudulent documents and instead of placing them in

the file, she destroyed LEGAL documents and evidence. Suber granted spousal

support beneath poverty level to Ms. Redding, dismissing that Mr. Oram makes

over 14k a month, that Respondent filed one year worth of financial documents,

does not receive Social Security, and allowed him to change his income and

expense while in court to hide income and assets. When an order is made, ALL evidence should be placed in the file and allow ALL parties to view and dispute. Suber destroyed legal documents.

October 23, 2020 – Suber accepted evidence handed to her, made an order due to the falsified, fraudulent, forged documents, then destroyed said evidence by removing from the court case file.

November 2020 – Suber continued to make orders to force the Respondent to be homeless and separate her from her home and pets.

November 2020 – Suber allowed Petitioner to change his income again and further manipulate the case.

December 2020 – Suber grants a restraining order against Ms. Redding for no reason or justification.

January 2021 – Ms. Redding filed a restraining order after the physical beating from Mr. Hugh Oram and Suber began making disparaging comments about Ms. Redding and I quote "I can put a restraining order on her all day long because she has done nothing with her life, but him . . . he has done so much with his career and I don't want her to ruin that." Never once looking at that Mr. Oram is an alcoholic and has acted in abusive ways towards Ms. Redding for years (in front of others) AND MR. ORAM HAS RUINED HIS OWN CAREER.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 10

Suber said "go out in the hallway and see if you can work it out" ignoring the facts and displaying her personal feelings in the case. If the parties could "work it out" they wouldn't be in court.

January 2021 – CODE ENFORCEMENT OFFICERS ARE NOT ALLOWED TO CARRY ANY TYPE OF WEAPONS; ESPECIALLY FIREARMS PER SAN BERNARDINO COUNTY BOARD OF SUPERVISORS SINCE 1984.

February 2021 – Suber ignores testimony that Mr. Oram stole respondent's phone and was stalking her, destroying evidence, and stalking individuals in her phone.

June 2021 – Suber ignored requests to protect Respondent's pets and allowed Mr. Oram to continue to abuse them. Suber would leave the Respondent in the hallway while she discussed her case with opposing council inside the courtroom and have the Bailiff come out and give Ms. Redding her decision. Suber would call the Petitioner on the phone, and his counsel, and make decisions based off testimony given on the phone, not under oath, and this was a private call. This call was NOT during the hearing for all to witness to hear said testimony while Respondent was in the hallway.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 11

June 2021 – Ms. Redding filed to have Suber removed from the case and Suber denied the order to continue her protection of the Petitioner.

June 2021 – Petitioner text he would begin to kill Respondent's animals. Suber ignored.

June 2021 – Petitioner ILLEGALLY refinanced community property with a directive from Mr. Young and Respondent filed to stop the proceedings and again, Suber ignored it.

July 2021 – Suber continues to ignore the fact my dogs are locked outside in the heat and my cats inside only having contact with someone to give them food at night. Animal control witnessed and verified the animals were abused and could not make contact with any individuals regarding the situation due to Petitioner being in Oregon.

July 2021- Ms. Redding began demanding help from Presiding Judge Michael Suber and he began telling Suber of the discussions and she began to try and hide her prejudicial, discriminatory behavior towards Ms. Redding.

August 2021 – Respondent begs Suber to order the funds from the illegal refinance to be seized and entered into trust until property can be divided equally. Suber ignores it.

August 2021 – First contempt charge filed and Suber ignores it.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 12

August 2021 – First animal dead and Suber ignores it.

September 2021 – Suber denies the Respondent her Constitutional Rights and orders "no request for orders to be filed unless permission from me is granted." Suber should have immediately been removed at this time due to her behavior. At this point she has shown her true colors and the favoritisms towards the Petitioner. Ms. Redding has not filed frivolous suits. Respondent was trying to protect her pets from the Petitioner's abusive behavior. Suber is unwilling to see the Petitioner's true colors.

September 2021 – Suber is told her behavior is illegal and she ignores the words of Michael Sachs.

September 2021 – Suber illegally orders Respondent's pets to be "given away or euthanized" due to Respondent being homeless from orders Suber made in October 2020 and she ordered Ms. Redding more support, but still refused to listen that Petitioner is lying about his income. Suber refused to order financial information from Petitioner bur did require it from Respondent.

September 2021 – Respondent began reaching out to all agencies to save her pets' lives and filed a reconsideration multiple times and Suber refused to grant the order until after she believed my animals were gone.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 13

1
2
3
              September 2021 – Second contempt charge filed. Suber
ignores it.

4
5
6
7
              September 2021 – Respondent files Findings after
Hearing and Suber ignores it due to Respondent including her statement about
filing without her permission.

8
9
10
11
12
13
              October 2021 – Another pet dead. Suber ignores it.

              October 2021 – Petitioner notified reconsideration
granted and he ignores that information and proceeds to give other pets away.
Petitioner responds with asking the Respondent to find homes for them.

14
15
16
17
              October 2021 - Respondent files Findings after Hearing
and Suber ignores it due to Respondent including her statement about filing
without her permission.

18
19
20
21
              November 2021 – Petitioner brought first dead pet to be
cremated and abandoned him and Respondent informed the Petitioner that Twitch
could not be released to her, due to "contract" being with him.

22
23
24
              November 2021 – Petitioner begins to send Respondent
text messages telling her he will kill her and that she should kill herself.

25
26
27
28
GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF
POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 14

November 2021 – Suber grants emergency restraining order along with exparte orders that the Petitioner has never followed. Remains of Brewster are unknown, due to Petitioner refusing to follow court orders.

November 2021 – Respondent began demanding that Petitioner be forced to turn over firearms and Petitioner provided an inept attempt at forging old documents. Respondent begged for the court to get in touch with the Department of Justice and verify the documents were a forgery, and NOT one person would due to Suber still protecting the Petitioner and fear of losing their employment if crossing her.

November 2021 - Respondent files Findings after Hearing and Suber ignores it due to Respondent including her statement about filing without her permission.

November 2021 – Bailiff makes fun of Respondent while waiting for orders to be granted and makes disparaging comments about the Respondent to the entire courtroom. Court reporter yells at Respondent and forces her input into the case and Suber does nothing. Bailiff makes disparaging comments to Respondent and Suber does nothing.

November 2021 – Petitioner disposed of a community property truck without the knowledge nor consent of the Respondent. Suber is

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 15

blocking all documents from being filed and Suber ignores Petitioner's behavior again.

December 2021 – Suber falsifies court records and claims she heard the hearing on Dec. 1, 2021 when Cabrera did.

December 2021 – Petitioner claims dead pet is now alive to avoid having to pay for funeral services and causing further psychological damage to Respondent and Suber ignores this.

December 2021 – Respondent is made aware that Petitioner never picked up cremains of Twitch. Further causing psychological distress on the Respondent.

December 2021 - Respondent files Findings after Hearing and Suber ignores it due to Respondent including her statement about filing without her permission.

December 2021 – Respondent was told to go to Department 53 for her case to be heard because again Suber was in cahoots with Cabrera and wanted Mr. Oram to not have a restraining order against him, but she didn't want to look personally involved. Cabrera vacated the order after being made aware Petitioner put mail in the Respondent's mailbox and her son's box with abuse of power and badge from being a retired deputy AFTER threatening to

kill her and telling her to kill herself. Again, all staff refusing to verify the forged

documents furthering the fear that Petitioner will make good on his threats and be

protected by Suber and her minions. After court, the minute order stated the

decision was made by Suber and Respondent again was forced to confront Suber's

deceitful behavior. Now the County is denying everyone their Constitutional

Rights by forcing them to make an account to view public records.

December 2021 – Suber arraigns Mr. Oram on the

contempt charges.

December 2021 – Respondent begins filing

reconsideration the day Cabrera vacated the DVRO and the documents; including a

motion to compel, another contempt charge, and email written by the Petitioner

explaining why he could threaten to kill her and Respondent again was forced to

reach out to the FBI and BOS of the County, then documents returned in late

January. Cabrera refused to speak with Deputy Holt, still investigating the case and

Cabrera refused to note that Hugh Oram stated to the Deputy, he has two

unregistered firearms; when his forged documents were scribbled out and an inept

attempt again, yet the court officials make themselves look dumb and believe him;

refusing to reach out and verify the paperwork.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF
POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 17

December 2021 – Respondent receives the Finding after
Hearing and Suber has scribbled out the part denying the parties their
Constitutional Rights, just like the Petitioner has done on his forged documents.

December 2021 - Respondent files Findings after
Hearing and Suber ignores it due to Respondent including her statement about
filing without her permission.

January 2022 – Letters sent to Petitioner and his old
attorney demanding the finds be entered into trust and information on the
whereabouts of my living animals, court ordered reports, pictures and Suber again
ignores it.

January 2022 – Suber is made aware that my pets' lives
are on the line and that Petitioner is not following the orders granted in November
and she stated "I can question him about that in February." This behavior allows
more time for Mr. Oram to think of a lie and manipulate, falsify, and forge
documents.

January 2022 – Suber again arraigns the Petitioner
causing Respondent to travel 100 miles back home and send her witnesses home
that had prepared for court that day.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF
POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 18

January 2022 – Suber again is blocking everything I file and prolonging our case by not allowing documents and subpoenas to be filed and served on time for our hearings in February and financial documents to be surrendered due to Petitioner ignoring the order. These documents are important due to Mr. Oram filing more forged documents and refusing to turn over documents. NO DOCUMENTS SHOULD BE VIEWED FROM THE PETITIONER. MR. HUGH ORAM IS MANIPULATING DOCUMENTS. MR. ORAM NEEDS TO BE ARRESTED IMMEDIATELY.

January 2022 – Again, Suber ignores the opportunity to acknowledge that the Petitioner is a sociopath, and continues to exhibit manipulative, deceitful, dangerous behaviors, and willing to do anything to not be forced to give Respondent her fair share in this dissolution of marriage. Suber is more than welcome to have a relationship with the Petitioner but needs to leave her feelings out of the case. The case should have been moved immediately for conflict of interest.

January 2022 – Petitioner files more forged, falsified, and fraudulent documents due to feeling secure after the court ignores the falsified documents in December, and the entire case. Suber ignores this and ignores that the documents are 60 days past the deadline.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 19

January 2022 – Respondent again contacts the FBI, BOS, and Commission on Judicial Performance, after Michael Sachs threatens her and calls her a liar.

January 2022 – Suber is forced to vacate her order denying our Constitutional Rights.

January 2022 – Respondent receives a package in the mail of all her documents the court was hiding due to Suber's orders with a letter asking for more money when I have a fee waiver on file. These documents should have been filed in December and has cost me deadlines for reconsideration of my DVRO. This behavior is not only unacceptable, but life threatening for the Respondent.

January 2022 – Due to being moved to department 53 on December 1, 2021, neither party have signed a stipulation agreeing for Suber to be back on the case, nor have they been offered one. Respondent will NOT sign any documents for Suber to further her dangerous and prejudicial behavior. Suber has caused the Respondent severe damages that Respondent will bring legal litigation against Suber, The County of San Bernardino, Judge Cabrera, Michael Sachs and Respondent is demanding the resignation of the all listed above; including Hugh Oram.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 20

January 2022 – Suber denies ALL filings from Respondent and allows Petitioner to file in the courtroom.

February 2022 – Suber accepts evidence the Respondent is not allowed to see and LIES under oath and claims SHARON ORAM is still receiving spousal support in the amount of $1700.00 a month. SHE IS NOT. The bank accounts are being held at the court and this will corroborate everything I have alleged.

March 2022 – lies while on the bench.

March 2022 – Decides and dismisses the 170.1 filed against her.

March 2022- Harasses Tara Redding financially and emotionally.

April 2022 – States she heard the court hearings for the second time, when Cabrera did. The scheduled Trial Setting Conference was never heard. Court website states differently.

October 2020 through February 2022 – Suber has accepted contributions over $70,000.00 from Petitioner Hugh Oram and his old attorney Michael Young (her husband) in the form of credit card payments, cash, and lien on the home.

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 21

Michael Young is involved in the case after Hugh Oram signing a Stipulation of Attorney on September 8, 2022.

Ms. Redding will deal with PTSD, emotional trauma, psychological distress for the rest of her life. Ms. Redding has triggers that send her into depression for months and years.

As the dissolution is coming to an end, everything I predicted is exactly what has happened. Ms. Redding asked for four days of trial to have enough time for all witnesses, subpoenaed documents, testimony, etc and Suber said two days. The two days of trial was only four hours and Mr. Oram did not file ANY evidence, or serve me, yet Suber allowed him to testify. Ms. Redding had one hour.

The above is only a taste of what has gone on. Ms. Redding sent over 300 letters, faxes, comments to the Commission, Presiding Judge, California Bar, Board of Supervisors, along with many more.

"I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct."

Dated this 27th day of March, 2024.

Tara A Redding
Pro Se

GROSS NEGLIGENCE, FRAUD, FALSIFICATION OF LEGAL RECORD, WRONGFUL DEATH, ABUSE OF POWER, DISCRIMINATION AND PREJUDICE CAUSING IRREPARABLE HARM - 22



U.S. POSTAGE
FCM LG E
BARSTOW CA
APR 02, 2024
$2.59
Retail
RDC 99
92501
R2305K13908B-

CLERK, U.S. DISTRICT COURT
RECEIVED
APR - 4 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Po Box 748
Barstow, Ca
92312

Eastern Division
3470 Twelfth St Rm 134
Riverside, Ca
92501

